```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
YVONNE BLOUNT,                                                  :
                                                                :
                              Plaintiff,                        :    **ORDER**
                                                                :
            - against -                                         :
                                                                :    2:03-cv-0023-ENV-ETB
PETER SWIDERSKI, DAVE JANOSEK,                                  :
HAROLD BUTLER and DOREEN McKENNA,                               :
                                                                :
                              Defendants.                       :
                                                                :
---------------------------------------------------------------X
```

VITALIANO, D.J.

The Court is in receipt of plaintiff's letter, dated January 31, 2007, requesting that a pre-motion conference be held on a proposed motion under Rule 56(d) of the Federal Rules of Civil Procedure. To the extent that the proposed motion pertains to plaintiff's claims that have previously been dismissed, the Court will not consider such a request, which is more appropriately addressed under Rule 59(e) of the Federal Rules of Civil Procedure, and which, in any event, would be untimely. To the extent that plaintiff intends to seek relief appropriate under Rule 56(d) with regard to any remaining claim against defendant Peter Swiderski, plaintiff shall so indicate at the final pretrial conference scheduled for Monday, February 5, 2007 at 12:00 p.m.

    **SO ORDERED.**

Dated: Brooklyn, New York
       February 1, 2007

                                                / s / Eric N. Vitaliano
                                                ERIC N. VITALIANO
                                                United States District Judge