UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

YVONNE BLOUNT,

                Plaintiff,

-against-

**VERDICT SHEET**

2:03-CV-0023-ENV-ETB

PETER SWIDERSKI,

                Defendant.
------------------------------------------------------X

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y.
★ MAR 2 6 2007 ★
P.M. _____
TIME A.M. _____

WE the jurors, duly drawn and sworn to try the pending action, say we find our verdict by answering the following questions submitted by the Court:

### EXCESSIVE FORCE CLAIM

1. Do you find that Plaintiff has proven, by a **preponderance** of the evidence, that excessive force was used on her by Defendant while entering Judge Brennan's courtroom at the Nassau County Family Court on January 6, 2000?

    Yes _____        No   X

### EQUAL PROTECTION CLAIM

2. Do you find that Plaintiff has proven, by a preponderance of the evidence, that Defendant deliberately prevented Plaintiff from entering Judge Brennan's courtroom on January 6, 2000 based upon her race?

    Yes _____        No   X

Dated: March 19, 2007

*Allan D. Hausman*
Signature of Foreperson

4:25 PM